# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; and CAPITOL RECORDS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIAN OGDEN,<br><br>Defendant. | Case No. 1:08-cv-00386-JM<br><br>The Hon. James R. Muirhead |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Eighty Dollars ($480.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Wake Me Up Before You Go-Go," on album "Wake Me Up Before You Go-Go (single)," by artist "Wham" (SR# 57-557);
- "Show Me How to Live," on album "Audioslave by artist "Audioslave" (SR# 322-103);

- "Hard Knock Life (Ghetto Anthem)," on album "Hard Knock Life, Vol. 2" by artist "Jay-Z" (SR# 246-547);
- "Testify," on album "Be," by artist "Common" (SR# 377-106);
- "Hey Mama," on album "Late Registration," by artist "Kanye West" (SR# 372-867);
- "Awake," on album "Awake" by artist "Godsmack" (SR# 293-376);
- "Closing Time," on album "Feeling Strangely Fine," by artist "Semisonic" (SR# 251-980);
- "Sex and Candy," on album "Marcy Playground," by artist "Marcy Playground" (SR# 240-954);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: 3/4/2009

By /s/ James R. Muirhead
Hon. James R. Muirhead
United States District Judge